**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Chyann Fine BRATCHER,**
**Defendant–Appellant.**

No. 03–10752.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

April 21, 2004.

Mark L. Nichols, Assistant US Attorney, US Attorney's Office, Amarillo, TX, for Plaintiff–Appellee.

Chyann Fine Bratcher, Federal Medical Center, Fort Worth, TX, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

Chyann Fine Bratcher, federal prisoner # 27051–077, has appealed the district court's order denying her motion for ap-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

pointment of counsel. Bratcher contends that she is entitled to appointed counsel under 21 U.S.C. § 848(q)(4)(A) & (8) because she is a "capital" defendant. Because Bratcher was not sentenced to death, she is not awaiting execution of a "judgment imposing a sentence of death." Accordingly, she is not entitled to appointment of counsel under the plain language of 21 U.S.C. § 848(q)(4)(A) & (8). The appeal is dismissed as frivolous. We caution Bratcher that the filing of frivolous motions and appeals in the future will invite the imposition of a sanction.

APPEAL DISMISSED WITH SANCTION WARNING.